

**Orrick, Herrington & Sutcliffe LLP**

THE ORRICK BUILDING
405 HOWARD STREET
San Francisco, CA 94105-2669

+1 415 773 5700

**orrick.com**

May 27, 2025

**Alexander K. Talarides**

E atalarides@orrick.com
D +1 415 773 4254
F +1 415 773 5759

*Via ECF*

Mr. David J. Smith
Clerk of Court
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303
Telephone: (404) 335-6135

Re: ***Andrew E. Roth v. Austin Russell, et al.***, No. 24-10448

Dear Mr. Smith:

Pursuant to FRAP 28(j), Defendants-Appellees hereby alert the Court to the attached opinion of the U.S. Court of Appeals for the Second Circuit, *Roth v. LAL Family Corp.*, --- F.4th ----, 2025 WL 1479729 (2d Cir. May 23, 2025). In this opinion, the Second Circuit affirmed the dismissals in *Roth v. LAL Family Corp.*, 2024 WL 4149241 (S.D.N.Y. Sept. 10, 2024) (Cronan, J.) and *Roth v. Drahi*, 2024 WL 4198517 (E.D.N.Y. Sept. 16, 2024) (Irizarry, J.), which, as previously noted, involved lawsuits filed by Plaintiff-Appellant that asserted the same theory of liability under Section 16(b) of the Exchange Act as in this case. *See* ECF Nos. 25-26.

Respectfully submitted,

*/s/ Alexander K. Talarides*

Alexander K. Talarides