In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10448

_____

ANDREW E. ROTH,

                                                                                  Plaintiff-Appellant,

*versus*

AUSTIN RUSSELL,
LUMINAR TECHNOLOGIES, INC.,

                                                                                  Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:23-cv-00722-JA-RMN

_____

JUDGMENT

2                                                                                                24-10448

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: June 2, 2025

For the Court: DAVID J. SMITH, Clerk of Court